# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EDWARD L. FLETCHER, JR., ) <br> Reg. No. 08222-025, ) <br> ) <br> Petitioner/Defendant, ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES of AMERICA, ) <br> ) <br> Respondent/Plaintiff. ) | CIVIL NO. 11-cv-343-JPG <br><br> CRIMINAL NO. 09-cr-40043 |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

This matter is before the Court on Petitioner's motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255. On January 21, 2010, Petitioner pleaded guilty to possession with intent to distribute five grams or more of crack cocaine in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B). On April 30, 2010, Petitioner was sentenced to 262 months imprisonment, eight years supervised release, a fine of $200, and a special assessment of $100. Judgment was entered on May 5, 2010. Petitioner did not file a direct appeal, nor did he apply for a writ of certiorari to the Supreme Court of the United States, having waived his appeal rights as part of his plea agreement (*See* Doc. 40 in criminal case). His § 2255 motion was timely filed on April 25, 2011.

In his § 2255 motion, Petitioner raises three grounds for relief: (1) Under the Fair Sentencing Act of 2010, Petitioner is entitled to a reduction in sentence due to the lowered 18 to 1 sentence ratio between crack and powder cocaine offenses; (2) Amendment 742, adopted by the U.S. Sentencing Commission effective November 1, 2010, should be applied to eliminate three points from Petitioner's criminal history score based on the recency of a prior offense;

(3) Petitioner should be entitled to a two-point reduction to his base offense level, under Amendment 706 and ensuing amendments adopted by the U.S. Sentencing Commission. In addition, Petitioner asserts that he gave substantial assistance to the government after his guilty plea, but was never given any downward departure in his sentence. He asks for this oversight to be corrected.

The Court has ordered Petitioner's § 2255 motion to be simultaneously filed in his criminal case, as a motion for reduction of sentence pursuant to 18 U.S.C. § 3582 - 2011 (*See* Docs. 44, 45 in criminal case).

The Court **ORDERS** the Government to file a response to Petitioner's motion within **THIRTY (30) DAYS** of the date of this Order. The Government shall, as part of its response, attach all relevant portions of the record.

**IT IS SO ORDERED**.

DATED: November 28, 2011

      *s/J. Phil Gilbert*
      **United States District Judge**