IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

EDWARD L. FLETCHER, JR.,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.

Case No. 11-cv-343-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Edward L. Fletcher, Jr.'s motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is denied, that judgment is entered in favor of respondent United States of America and against petitioner Edward L. Fletcher, Jr.

DATED:  March 18, 2013        NANCY J. ROSENSTENGEL, Clerk of Court

                                                    By: s/Deborah Agans, Deputy Clerk


**Appoved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**